

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2012

<u>BY HAND</u>

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States</u> v. <u>Minh Quang Pham, a/k/a "Amin,"</u>
         12 Cr. 423 (---)

Dear Judge Fox:

    The above-captioned Indictment and arrest warrant against the defendant Minh Quang Pham, a/k/a "Amin," were filed under seal. Thereafter, the Government submitted applications requesting Orders [1] permitting a limited unsealing of the Indictment to permit the Government to share the materials with U.S. and foreign government officials to arrest the defendant and arrange for his extradition, and [2] [a] allowing the Government to share these materials with U.S. and foreign government officials as necessary to arrest and/or detain the defendant, to obtain any appropriate legal process, and to arrange for his extradition, expulsion, or transfer to the United States, and [b] prospectively ordering that the Indictment will be unsealed upon the defendant's arrest and/or detention by foreign officials pursuant to a provisional arrest warrant if such arrest, detention, or subsequent proceeding relating to such arrest requires foreign officials to disclose to the public and/or the defendant of the existence or the nature of the charges set forth in the Indictment.

    On June 29, 2012, the defendant was arrested in the United Kingdom, pursuant to the above-referenced arrest warrant, where he presently detained. The Government has requested the extradition of the defendant.



August 22, 2012
Page 2

      Accordingly, because the Indictment and arrest warrant have been unsealed, pursuant to prior Order of the Court, but have yet to be made public on the docket, the Government hereby requests that Court order these unsealed and cause them to be docketed.

      Further, the Government requests that the matter be wheeled out to a United States District Judge using Wheel B.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

        By:   */s/ BN*
                        Benjamin Naftalis / Sean S. Buckley
                        Assistant United States Attorneys
                        (212) 637-2456/-2261

SO ORDERED. 8/23/12

*/s/ Kevin Nathaniel Fox*
HON. KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK