USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 03 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Minh Quang Pham,

              Defendant.

12-CR-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This matter has been assigned to me for all purposes. An initial appearance and arraignment is scheduled for Wednesday, March 4, 2015, at 11:00 a.m. in **Courtroom 906** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

    Counsel are expected to put in a notice of appearance via ECF prior to the initial appearance and arraignment.

SO ORDERED.

Dated: March 3, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1