

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2015

**BY HAND & ELECTRONIC MAIL**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

    Re:    <u>United States</u> v. <u>Minh Quang Pham</u>,
           12 Cr. 423 (AJN)

Dear Judge Nathan:

    The Government writes respectfully in advance of the arraignment scheduled for 11:00 a.m. on March 4, 2015.  Specifically, the Government writes to provide the Court with a copy of the extradition materials that had been submitted to the United Kingdom in support of the U.S. government's request to extradite the defendant.

    As always, the undersigned is available to answer any questions the Court may have.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney

        by:   /s/ Sean S. Buckley
             Sean S. Buckley
             Assistant United States Attorney
             (212) 637-2261

Enclosure

cc:  Steven Frankel, Esq.
     Counsel for defendant