AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

MINH QUANG PHAM

**APPEARANCE**

Case Number: 12 Cr. 423

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MINH QUANG PHAM

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 4, 2015 | /s/ Steven K. Frankel |
| Date | Signature |
| | Steven K. Frankel — 4428 |
| | Print Name / Bar Number |
| | 325 Broadway, Suite 502 |
| | Address |
| | New York, New York 10007 |
| | City / State / Zip Code |
| | (212) 732-0001 / (212) 732-8460 |
| | Phone Number / Fax Number |