```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
United States of America,                   :
                                            :
                                            :
              -v-                           :         12 Cr. 00423 (AJN)
                                            :
                                            :         ORDER
Minh Quang Pham,                            :
                                            :
              Defendant.                    :
------------------------------------------------------------------X
```

ALISON J. NATHAN, District Judge:

For the reasons set forth on the record at the conference held on April 17, 2015, the Court relieved Mr. Steven K. Frankel as counsel for the defendant. The Court previously appointed CJA attorney Ms. Bobbi C. Sternheim to represent the defendant, Dkt. No. 15, and she will continue as counsel for the defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall terminate the appearance of Mr. Frankel.

SO ORDERED:

Dated: April 17, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge