

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2015

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

    Re:    <u>United States</u> v. <u>Minh Quang Pham</u>,
           12 Cr. 423 (AJN)

Dear Judge Nathan:

      The Government respectfully writes, on behalf of the parties, pursuant to the Court's oral Order on April 17 and to provide the Court with an update regarding the defendant's access to electronic discovery.

      Following the April 17 conference, counsel for the Government consulted with counsel for the Bureau of Prisons ("BOP") regarding the possibility of providing a laptop to the defendant for the sole purpose of reviewing discovery while he is detained pending trial at the Metropolitan Correctional Center ("MCC").  Counsel for the BOP has agreed to permit the defendant to have access to a laptop computer for this purpose.

      In addition, since the April 17 conference, the Government has procured a laptop for the defendant's use and is in the process of re-imaging that laptop and installing the software necessary to permit the defendant to review electronic discovery in this case while at the same time complying with the security requirements of the BOP.  The Government expects that it will be able to provide the defendant with the re-imaged laptop by the end of next week.

Hon. Alison J. Nathan, U.S.D.J.
April 24, 2015
Page 2

      The undersigned conferred with Ms. Sternheim, counsel for the defendant, prior to submitting this letter. As always, the undersigned are available to answer any questions the Court may have.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

by:  /s/ Sean S. Buckley
      Sean S. Buckley
      Anna M. Skotko
      Ian McGinley
      Assistant United States Attorney
      (212) 637-2261 / 1591 / 2200

Enclosure

cc: Steven Frankel, Esq.
    Counsel for defendant