UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

             –v–

Minh Quang Pham,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
SEP 1 4 2015

12-CR-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A Status Conference is scheduled in this matter for Friday, September 18, 2015 at 5:00 pm. The Court intends to move the conference to 2:00 pm. Counsel shall confer and file a joint letter on ECF on or before Sept. 15, confirming their availability for 2:00 pm on Sept. 18.

      SO ORDERED.

Dated: September 14, 2015
New York, New York

ALISON J. NATHAN
United States District Judge