UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Minh Quang Pham,

        Defendant.

12-CR-423 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 15 2015

ALISON J. NATHAN, District Judge:

    The status conference currently scheduled in the above-captioned matter for Friday, September 18, 2015 at 5:00 p.m. will be held instead at 2:00 p.m that same day, September 18, 2015.

    SO ORDERED.

Dated: September 15, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1