UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Minh Quang Pham,

           Defendant.

12-CR-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court held a status conference in the above-captioned matter on September 18, 2015. At this conference, the Government confirmed its submission of a motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"). The Government will update the Court on or before September 25, 2015 as to its ability to publicly file the unclassified legal analysis portion of the motion. In addition, the Court set the following schedule:

- If defense counsel intends to file any motions pursuant to Sections 5 or 6 of CIPA based on classified information that has already been disclosed by the Government, she shall do so on or before October 2015. If further classified discovery is provided at a later date, a deadline for motions based on that information will be set at the time of disclosure;

- If defense counsel intends to file any Rule 15 motions, she shall do so on or before October 26, 2015;

- A firm trial date remains set for Monday, February 1, 2016.

    SO ORDERED.

Dated: September 18, 2015
       New York, New York

                                     ALISON J. NATHAN
                                     United States District Judge

1