| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | FILED UNDER SEAL WITH THE<br>CLASSIFIED INFORMATION<br>SECURITY OFFICER |

United States of America

-v-

Minh Quang Pham,

                         Defendant

12-CR-423 (AJN)



**ORDER IN ADVANCE OF THE COURT'S *EX PARTE* CONFERENCE WITH THE GOVERNMENT,** *dated* September 23, 2015

ALISON J. NATHAN, District Judge: