# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

October 15, 2015

*via email & ECF*
Alison J. Nathan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

<u>United States v. Minh Quang Pham</u>
12 Cr. 423 (AJN)

Dear Judge Nathan:

      The defense will not be filing any CIPA motions regarding classified material provided to date.

      Very truly yours,

      *Bobbi C. Sternheim*
      BOBBI C. STERNHEIM

cc: AUSA Sean S. Buckley
    AUSA Anna M. Skotko
    AUSA Shane T. Stansbury
    (*via email & ECF*)