UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

MINH QUANG PHAM,

               Defendant.
-------------------------------------------------x

12 Cr. 423 (AJN)

NOTICE

To: AUSA Sean Buckley
    AUSA Anna Skotko
    AUSA Shane Sansbury

**Notice of Expert Evidence of a Mental Condition Pursuant to Fed. R. Crim.P. 12.2(b)**

Defendant Minh Quang Pham intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt.

Dated: New York, NY
       October 26, 2015

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM, ESQ.
33 West 19th Street – 4th Floor
New York, NY 10011
212-243-1100