UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

—v—

Minh Quang Pham,

             Defendant.

---

12-CR-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 26, 2015, the Defendant submitted a motion requesting Rule 15 depositions, live testimony via CCTV, letters rogatory, and safe passage for potential witnesses. *See* Dkt. No. 52. The Government is ordered to file its response to Defendant's motion on or before November 3, 2015.

    SO ORDERED.

Dated: October 27, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1