| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | FILED UNDER SEAL WITH THE<br>CLASSIFIED INFORMATION<br>SECURITY OFFICER |

United States of America

-v-

Minh Quang Pham,

                Defendant

12-CR-423 (AJN)

**ORDER WITH RESPECT TO THE GOVERNMENT'S CLASSIFIED SEPTEMBER 11, 2015 SUBMISSION,** dated November ___, 2015

ALISON J. NATHAN, District Judge:



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 05 2015