UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Minh Quang Pham,

Defendant.

12-CR-423 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED DEC 1 8 2015

ALISON J. NATHAN, District Judge:

If a motion to empanel an anonymous jury or institute other jury security measures for trial in the above-captioned matter is anticipated, it shall be filed on or before December 23, 2015. If no such motion is anticipated, counsel shall so indicate in a letter on or before December 23, 2015.

SO ORDERED.

Dated: December 18, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1