UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Minh Quang Pham,

               Defendant.

12-CR-423 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 04 2016

ALISON J. NATHAN, District Judge:

    The conference currently scheduled in the above-captioned matter for January 6, 2016 is adjourned to January 8, 2016 at 3:15 p.m.

SO ORDERED.

Dated: January 4, 2016
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1