***SUBMISSION UNDER SEAL***

# United States v. Minh Quang Pham
# 12 Cr. 423 (AJN)

# DEFENDANT PHAM'S SENTENCING EXHIBITS

**Bobbi C. Sternheim, Esq.**
**Law Offices of Bobbi C. Sternheim**
**33 West 19th Street -4th Floor**
**New York, NY 10011**
**212-243-1100**

## INDEX OF EXHIBITS

| AUTHOR | EXHIBIT |
|---|---|
| Minh Quang Pham (personal statement) | A |
| Minh Quang Pham (explanation) | B |
| ██████████ (wife) | C |
| ██████████ (sister) | D |
| ████████████████████ (parents) | E |
| ██████████ (cousin) | F |
| ██████████ (friend) | G |
| ██████████ (friend) | H |
| ██████████ (friend) | I |
| ██████████ (student) | J |
| ██████████ (family friend) | K |
| Forensic Psychological Evaluation – L. Thomas Kucharski, Ph.D. | L |