UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MINH QUANG PHAM, | ) | 12-CR-423 (AJN) |
| Petitioner, | ) | |
| | ) | Request for |
| | ) | Legal assistant |
| v. | ) | |
| | ) | pursuant to |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 18 U.S.C. § 2255. |
| Respondent. | ) | |

RECEIVED APR 23 2019
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.
APR 23 2019
2019 APR -2 PM 12:47
S.D. OF N.Y.
RECEIVED SDNY PRO SE OFFICE

Date: MARCH, 15, 2019

Dear Honorable Judge Nathan:

I sincerely appreciate you appointing me Counsel for representation, on the monumental new case of <u>Sessions</u> v. <u>Dimaya</u>, and my 924(c) issue.

Unfortunately, I was forced to file a Pro Se Motion, in order to persue this seminal and meritorious issue, that could result in my freedom; because Counsel never met her obligations and failed to file any motion. Moreover, she failed to effectively Communicate with me and has ignored my requests for help.

Consequently, can you please relieve counsel of record and appoint me new counsel. The issue I briefed is extremely relevant — material to my cause and my constitutional rights need to be protected.

thank you

most respectfully

(s) MINH PHAM

Minh Quang Pham

#72016-054

12-CR-423 (AJN)

U.S. Penitentiary Max

P.O. Box 8500

Florence ADX

CO 81226-8500

Dated: MARCH 15, 2019

( 3.15.19 )

## ATTACHMENT

Please find attached TWO documents:

1. Judge Nathan ORDER to Bobbi Sternheim to appointment of Counsel on August 20, 2018.

2. A Signed Consent to Bobbi C. Sternheim to represent Mr. Pham as Counsel. Faxed on November 5, 2018

Above are the only legal mail I have ever received sinced you have made the ORDER on the August 20, 2018. — I have also spoken to Bobbi briefly on the 15th November, 2018 and have sent Three legal mails on:

- November 19th, 2018
- January 2nd, 2019
- January 22nd, 2019

I have not receive any response for the letters sent and is unable to arrange for any telephone communication.

Minh, Pham.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 1 2018

United States of America,

—v—

Minh Quang Pham,

   Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On August 3, 2018, the Court received a letter by regular mail from Mr. Pham, requesting that his conviction be vacated in light of the Supreme Court's decision in *Sessions v. Dimaya*, 138 S.Ct. 1204 (2018). *See* Dkt. No. 135. The Court construes this letter as a motion to vacate, set aside, or correct his sentence pursuant to 18 U.S.C. § 2255.

The Clerk of the Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. On or before August 27, 2018, defense counsel Bobbi Sternheim shall inform the Court whether there is any reason that she cannot represent Mr. Pham for purposes of this motion.

Within sixty days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

A copy of this order will be mailed to Mr. Pham and that mailing will be noted on the public docket.

1

SO ORDERED.

Dated: August **20**, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-                               DECLARATION OF MINH QUANG PHAM
                                                      12 Cr. 423 (AJN)

MINH QUANG PHAM,

                Defendant.
------------------------------------------------------x

MINH QUANG PHAM, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury:

1. I am the defendant in the above-captioned matter.

2. I have submitted an application to the Court for review of my conviction.

*[PLEASE INITIAL ONE OF THE FOLLOWING, EITHER 3 or 4.]*

3. By initialing the following:

   I **CONSENT** to Bobbi C. Sternheim representing me in connection with my pending submission.

   **Insert Initials:** MQP.

4. By initialing the following:

   I **DO NOT CONSENT** to Bobbi C. Sternheim representing me in connection with my pending submission.

   **Insert Initials:** _____.

5. I make this decision knowingly and voluntarily.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19 day of November 2018.

                                                                            */s/ Minh Pham*
                                                                           MINH QUANG PHAM

Minh, Pham
Reg. No: 72016-054
U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500

Pro Se me

SPECIAL MAIL
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT
S.D. OF N.Y.

Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York
N.Y 10007-1312