Honorable Judge Nathan
United States District Court
for The Southern District of New York
500 Pearl Street, New York,
NY 10007-1312

12-CR-423 (AJN)



RE: <u>United States</u> V. <u>Minh Quang Pham</u>
Correction to Motion Pursuant to 28 U.S.C §2255, and Accord with <u>Johnson</u> V. <u>United States</u> and <u>Sessions</u> V. <u>Dimaya</u>, to Set Aside, Vacate and Correct Defendant's Unconstitutional Convictions and Sentences.

Dear Honorable Judge Nathan,

Enclosed please find an original pages and one copy; correcting a couple mistakes concerning my above captioned motion which was sent to this Honorable Court on MARCH 4th, 2019 — Page 2/23 (COUNT THREE) and page 22/23 (COUNT TWO).

Thank you. Most respectfully
MINH PHAM

Minh Quang Pham
Dated: March 25th, 2019

cc: Honorable Clerk of The United States District Court
    for The Southern District of New York.

## A. FACTUAL BACKGROUND

1. On May 24, 2012, the government filed a Five-Count indictment against Pham: <u>Count One</u> charged Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of 18 U.S.C. 2339B (a)(1), (d)(1)(c), (E) and (F), and 3238. <u>Count Two</u> charged Providing Material Support to a Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339B (a)(1), (d)(1)(c), (E) and (F), 3238, and 2. <u>Count Three</u> charged Conspiring to receive Military-type Training from a foreign terrorist Organization, in violation of 18 U.S.C. § 371, 2339D (a), (b)(3), (b)(5) and (b)(6), and 3238. <u>Count Four</u> charged Receipt of Military-Type Training from a Foreign Terrorist Organization, in violation of 18 U.S.C. § 2339D (a), (b)(3), (b)(5) and (b)(6), and 3238, and <u>Count Five</u> charged the Possession, Carrying and Using a Firearm, namely a Machine gun, in violation of 18 U.S.C. §924 (c)(1)(A), (B)(i) and (B)(ii), 3238, and 2

33. For the reasons argued above, Petitioner respectfully pleads and implores that his motion to vacate be granted, and his Conviction on <u>Count Three</u>: Conspiring to receive Military-Type Training from a Foreign terrorist Organization, in violation of 18 U.S.C. § 371, 2339D and <u>Count Five</u>: Possession, Carrying and Using a Firearm, namely a Machine gun, in Violation of 18 U.S.C. § 924(c)(1)(A), (B)(i) and (B)(ii), 3238, and 2, be Vacated, and an appropriate Order be issued Consistent with this motion to vacate.

Most Respectfully.

Honorable Judge Nathan
United States District Court
for The Southern District of New York
500 Pearl Street, New York,
NY 10007-1312

12-CR-423 (AJN)

RE: <u>United States</u> v. <u>Minh Quang Pham</u>
Correction to Motion Pursuant to 28 U.S.C § 2255, and Accord with <u>Johnson</u> v. <u>United States</u> and <u>Sessions</u> v. <u>Dimaya</u>, to Set Aside, vacate and correct Defendant's Unconstitutional Convictions and Sentences.

Dear Honorable Judge Nathan,

Enclosed please find an original pages and one copy: Correcting a couple mistakes concerning my above captioned motion which was sent to this Honorable Court on MARCH 4th, 2019 — Page 2/23 (COUNT THREE) and page 22/23 (COUNT TWO).

Thank you. Most respectfully
Minh Pham

Minh Quang Pham
Dated: March 25th 2019

CC: Honorable Clerk of The United States District Court for The Southern District of New York.