UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

To: Honorable Clerk of The United States
District Court: Southern District of New York
RE: United States v. Minh Quang Pham.
12-CR-423 (AJN)

APRIL 22, 2019

Dear Sir/Madame Clerk

I have sent a Pro Se Motion Pursuant to 18 U.S.C § 2255 and in Accord with Johnson v United States and Sessions v. Dimaya, to Set Aside, Vacate and Correct Petitioner's Unconstitutional Convictions and Sentences, on March 4, 2019.

I have not receive any response from the Court yet and would respectfully ask if you have receive the motion and if possible to provide me with a case Docket Number.

Please notify me of all received documents.

Page 1 of 2

Thank you, most respectfully:

*Minh Pham*

Minh Quang Pham
12-CR-423 (AJN)
#72016-054

USP Florence - ADMAX
P.O. Box 8500
Florence, CO 81226

DATED: APRIL 22, 2019

Page 2 of 2

Name: Minh, Pham
Reg. No.: 72016-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500



To: Honorable Clerk of
The United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York
         Criminal
         mf