# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

May 28, 2019

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Minh Quang Pham*
    12 Cr. 423 (AJN)

Dear Judge Nathan:

After numerous calls, voicemails, and faxes to USP Florence ADMAX, I was able to arrange a legal call with Minh Quang Pham and spoke with him on May 16, 2019. Although he had been informed of the Court's granting of my request for a stay of his § 2255 application pending the Supreme Court's decision in *United States v. Davis*, 18-431, he was unclear whether I would be filing a submission on his behalf following announcement of the *Davis* decision.

I conferred with Mr. Pham regarding his *pro se* submissions of March 13, 2019, April 3, 2019, and April 8, 2019. He now understands that within one week of the decision in *Davis*, the parties will submit a joint briefing schedule, following which I will be filing a submission on his behalf, the government may file a response, and the Court will render a decision on his motion. In addition, he is informed that I will request an immediate legal call to discuss the *Davis* decision with him, its impact on his motion, and the submission to be made on his behalf.

Mr. Pham wishes me to continue to represent him and requests that his § 2255 motion be stayed pending a decision in *Davis*. He understands that I will be filing a post-*Davis* submission on his behalf and that all submissions on his behalf should be made through counsel.

Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM

cc: AUSA Andrew Beaty
    Minh Quang Pham