# LAW OFFICES OF BOBBI C. STERNHEIM

| | |
|---|---|
| 212-243-1100 • Main | 33 West 19th Street - 4th Floor |
| 917-306-6666 • Cell | New York, New York 10011 |
| 888-587-4737 • Fax | bc@sternheimlaw.com |

November 4, 2019

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

NOV 0 5 2019

          Re:  *United States v. Minh Quang Pham*
              12 Cr. 423 (AJN)

Dear Judge Nathan:

      The parties jointly submit this letter to inform the Court that we still are in discussion regarding resentencing in light of the Supreme Court's decision in *United States v. Davis*, 588 U.S. ___, 2019 WL2570623 (June 24, 2019). As the Court is aware, I will be meeting with Mr. Pham at FCI Florence ADMAX on November 25th to discuss this matter. I will confer with the government following the meeting. The parties propose updating the Court in writing by December 5th with a proposed briefing schedule, if necessary.

SO ORDERED

      Your consideration is greatly appreciated.

                              Very truly yours,

                              *Bobbi C. Sternheim*
                              BOBBI C. STERNHEIM

cc: AUSA Anna Skotko

SO ORDERED: 11/5/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE