# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-306-6666 • Cell  
888-587-4737 • Fax

33 West 19th Street - 4th Floor  
New York, New York 10011  
bc@sternheimlaw.com

December 6, 2019

Honorable Alison J. Nathan  
United States District Judge  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re:  *United States v. Minh Quang Pham*  
12 Cr. 423 (AJN)

Dear Judge Nathan:

The joint letter is submitted to inform the Court that the parties are still in discussion regarding resentencing in light of *United States v. Davis*, 588 U.S. ___, 2019 WL2570623 (June 24, 2019).  On November 25th, I met with Mr. Pham at FCI Florence ADMAX and requested a follow-up legal call (still pending).  Yesterday, I met with the government and reviewed new electronic discovery.

Additional time is needed for me to confer with Mr. Pham.  Due to security concerns, the government will not have Mr. Pham transferred to the District until the parties are ready to proceed before the Court.   In the interim, the government will assist me in the tedious effort of arranging attorney-client teleconferences.  If adequate and timely telephonic communication with Mr. Pham cannot be accomplished, I will need to meet with him at FCI Florence ADMAX.

The parties propose that we update the Court on or before January 31, 2020.

Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*  
BOBBI C. STERNHEIM

cc: AUSA Anna Skotko