

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2020

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Minh Quang Pham*,
            12 Cr. 423 (AJN)

Dear Judge Nathan:

    The Government and defense counsel respectfully write pursuant to the Court's order dated December 9, 2019. The parties have continued our discussions concerning how to proceed in this case in light of *United States v. Davis*, 588 U.S. ___, 2019 WL 2570623 (June 24, 2019). Defense counsel has requested additional time to consult with her client, who is incarcerated at a maximum security facility in another district.

    Accordingly, the parties jointly request an additional 30 days to allow adequate time for the defendant to speak with counsel, and propose to provide a status update the Court on or before March 2, 2020.

                                           Respectfully yours,

                                           GEOFFREY S. BERMAN
                                           United States Attorney

                         by:  /s/_____
                                 Anna Skotko
                                 Assistant United States Attorney
                                 (212) 637-1591

cc: Bobbi C. Sternheim, Esq. (Counsel for defendant)