# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

March 2, 2020

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Minh Quang Pham*
12 Cr. 423 (AJN)

Dear Judge Nathan:

      The parties jointly provide this update pursuant to the Court's memo endorsement, dated February 3, 2020.   The parties are continuing discussions concerning how to proceed in this case in light of *United States v. Davis*, 588 U.S. ___, 2019 WL 2570623 (June 24, 2019). Consultations between Mr. Pham and counsel continue to be complicated due to Mr. Pham's incarceration at the ADX maximum security facility in Florence, Colorado.

      I need additional time to consult with Mr. Pham.  Further, I am awaiting receipt of his case file, which had been transferred to appellate counsel, to permit review of documents recently requested by Mr. Pham to assist in his decision-making toward resolution of his case.

      Accordingly, the parties jointly request an additional 30 days to allow time for the Mr. Pham to confer with counsel. We propose to provide a status update for the Court on or before April 3, 2020.

      Your consideration is greatly appreciated.

Very truly yours,

/s/

_____
BOBBI C. STERNHEIM

cc: AUSA Anna Skotko