USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Minh Quang Pham,

          Defendant.

12-cr-423 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    A joint status update in this matter was due on or before June 29, 2020. As of the date of this order, the Court is not in receipt of that status update. Accordingly, the parties are hereby ordered to provide the status update on or before July 23, 2020. The parties are admonished to strictly comply with the Court's deadlines.

    SO ORDERED.

Dated: July 16, 2020
       New York, New York

                              ALISON J. NATHAN
                           United States District Judge