

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 17, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* **v.** *Minh Quang Pham*, 12 Cr. 423 (AJN)

Dear Judge Nathan:

      The parties write respectfully in response to the Court's Order in the above-captioned case dated July 16, 2020. The parties apologize for failing to submit a status letter on or before June 29, 2020. The parties conferred yesterday, and defense counsel informed the Government that, based on conversations with the defendant, further plea discussions are not likely to result in a pretrial disposition. The Government agrees with that assessment. The Government reiterated to defense counsel its intention to reinstate charges that were dismissed at sentencing, and counsel confirmed the defendant's objection to that application.

      Accordingly, the parties respectfully request that the Court set the following briefing schedule for the Government's anticipated motion to reinstate dismissed charges: the Government's brief in support of the motion shall be due by August 14, 2020, with the defendant's response due by August 28, 2020, and the Government's reply due September 4, 2020.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

      by:    s/
      Anna M. Skotko
      David Denton
      Assistant United States Attorneys
      (212) 637-1591 / 2744

cc:    Bobbi C. Sternheim, Esq. (by email)