UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                :
UNITED STATES OF AMERICA          :     **NOTICE OF APPEARANCE AND**
                                                :     **REQUEST FOR ELECTRONIC**
       - v. -                                :                 **NOTIFICATION**
                                                :
MINH QUANG PHAM,                    :
                                                :     **12 Cr. 423 (AJN)**
              Defendant.      :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          Acting United States Attorney for the
                                          Southern District of New York

                                          by: _____
                                             David W. Denton, Jr.
                                             Assistant United States Attorney
                                             (212) 637-2744