# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

August 27, 2020

Honorable Alison J. Nathan
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007

Re:  United States v. Minh Quang Pham
12 Cr. 423 (AJN)

Dear Judge Nathan:

I write to request a two-week enlargement of time to file defendant's response to the government's letter-motion, dated August 14, 2020, and for permission to file this request out of time    Additional time is needed to confer with Mr. Pham and his UK counsel in connection with drafting his response.  Arranging legal calls with Mr. Pham, who is incarcerated at FCI Florence ADMAX under secure administrative measures, is a challenge, and mail delivery both to and from Mr. Pham has been slow.

Under the present schedule, Mr. Pham's response is due on August 28th.

I am requesting the following revision to the present schedule:

Defendant's response due by September 11th.

Government reply due by September 18th.

No prior request has been made.

The government consents to this request.

Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*

BOBBI C. STERNHEIM

cc: AUSA Anna Skotko
    AUSA David Denton