# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-306-6666 • Cell  
888-587-4737 • Fax

33 West 19th Street - 4th Floor  
New York, New York 10011  
bc@sternheimlaw.com

August 27, 2020

Honorable Alison J. Nathan  
United States District Judge  
United States District Court  
40 Centre Street  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 8/28/2020

            Re:  United States v. Minh Quang Pham  
                  12 Cr. 423 (AJN)

Dear Judge Nathan:

      I write to request a two-week enlargement of time to file defendant's response to the government's letter-motion, dated August 14, 2020, and for permission to file this request out of time   Additional time is needed to confer with Mr. Pham and his UK counsel in connection with drafting his response.  Arranging legal calls with Mr. Pham, who is incarcerated at FCI Florence ADMAX under secure administrative measures, is a challenge, and mail delivery both to and from Mr. Pham has been slow.

      Under the present schedule, Mr. Pham's response is due on August 28th.

      I am requesting the following revision to the present schedule:

> Defendant's response due by September 11th.
>
> Government reply due by September 18th.

SO ORDERED.

*Alison J. Nathan*  
8/28/2020

No prior request has been made.

The government consents to this request.

Your consideration is greatly appreciated.

                                        Very truly yours,

                                        *Bobbi C. Sternheim*

                                        BOBBI C. STERNHEIM

cc: AUSA Anna Skotko  
     AUSA David Denton