# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

September 11, 2020

Honorable Alison J. Nathan
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007

                Re:  *United States v. Minh Quang Pham*
                     12 Cr. 423 (AJN)

Dear Judge Nathan:

     Minh Quang Pham, through counsel, makes this submission in response to the Government's letter motion, dated August 14, 2020.

     The Government seeks to vacate Pham's plea agreement, guilty pleas and convictions, to reinstate the viable charges in the Indictment, and to permit the case to proceed to trial. Given Pham's motion to vacate his § 924(c) conviction based on *United States v. Davis*, __U.S.__, 139 S. Ct. 2319 (2019), and assuming the granting thereof, we do not object to the Government's application.

                                        Respectfully submitted,

                                        *Bobbi C. Sternheim*
                                        BOBBI C. STERNHEIM

cc: Government Counsel