UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Minh Quang Pham,

              Defendant.

12-cr-423 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020

ALISON J. NATHAN, District Judge:

    The parties shall jointly file a proposed order consistent with the United States' letter of motion of August 14, 2020, and Mr. Pham's letter response of September 11, 2020. The parties shall also file a joint letter advising the Court of proposed next steps. The proposed order and joint letter should be filed no later than September 24, 2020.

    SO ORDERED.

Dated: September 17, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge