USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Minh Quang Pham,

           Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      A pretrial conference is scheduled for October 28, 2020, at 3:00 p.m. The parties should inform the Court by joint letter by October 2, 2020, whether they anticipate an in-person or remote proceeding. If the parties anticipate a remote proceeding, the joint letter should state what platform is available to the Defendant at the facility where he is detained for videoconferencing. If the Defendant consents to proceed remotely, defense counsel should return the attached waiver of physical presence prior to the scheduled conference. Defense counsel may sign the waiver on the Defendant's behalf if authorized by the Defendant to do so.

      SO ORDERED.

Dated: September 24, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                      -v-

Minh Quang Pham,
                                Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

12-cr-423 (AJN)

**Check Proceeding that Applies**

_____      Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:             _____
                       Signature of Defendant


                       _____
                       Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:             _____
                       Signature of Defense Counsel


                       _____
                       Print Name

2

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:           _____
                   Signature of Defense Counsel

**Accepted:**     _____
                   Signature of Judge
                   Date: