

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 2, 2020

Via ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Minh Quang Pham*
                **12 Cr. 423 (AJN)**

Dear Judge Nathan:

      Pursuant to the Court's order dated September 24, 2020, the parties write jointly to respond to the Court's inquiries regarding the pretrial conference scheduled for October 28, 2020. Defense counsel has informed the Government that the defendant consents to proceeding remotely, but she has not yet been able to review the written waiver form with him in order to obtain his signature or authorization to sign on his behalf. The Bureau of Prisons ("BOP") has informed the Government that Pham would be able to participate in the conference remotely through a Cisco WebEx videoconference. BOP has reserved that facility for the defendant's use at the scheduled date and time, and has offered to arrange a test of the system with the Court in advance of the conference.

                                               Respectfully submitted,

                                               AUDREY STRAUSS
                                               Acting United States Attorney
                                               Southern District of New York

                                 By: _____/S/_____
                                          Anna M. Skotko / David W. Denton, Jr.
                                          Assistant United States Attorneys
                                          (212) 637-1591/2744

Cc: Defense Counsel (via ECF)