```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Minh Quang Pham,

           Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court will conduct the conference scheduled for October 28, 2020, at 3:00 p.m. by videoconference via the Cisco Webex platform.  Members of the public may access audio of the proceeding by dialing (929) 251-9612 or (415) 527-5035 and using meeting number 1996518743 and meeting password KWvyWJKp978.  Any members of the public accessing the conference should promptly mute their audio.  All those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

      SO ORDERED.

Dated: October 27, 2020
       New York, New York

                                              ALISON J. NATHAN
                                          United States District Judge