UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020

United States of America,

–v–

Minh Quang Pham,

           Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As discussed at the status conference held today, the parties shall file a joint letter by December 2, 2020, as to the status of the Government's request to the United Kingdom for an exception to the rule of specialty.  The parties should immediately inform the Court if the United Kingdom issues a decision on the Government's request before that date.  If the United Kingdom has not yet acted on the Government's request, the joint letter should state each party's position as to whether the Court should schedule further proceedings in this case notwithstanding the pendency of the Government's request.

      SO ORDERED.

Dated: October 28, 2020
       New York, New York

                                            ALISON J. NATHAN
                                          United States District Judge