

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2020

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/3/2020
```

      Re:   *United States v. Minh Quang Pham*
             12 Cr. 423 (AJN)

Dear Judge Nathan:

      Pursuant to the Court's order dated October 28, 2020, the parties jointly write regarding the status of the Government's request to the United Kingdom for an exception to the rule of specialty. The United Kingdom has not yet acted on the Government's request. The Government was informed on Friday, November 27, 2020 that solicitors in the United Kingdom have asked to make representations on Pham's behalf. The nature and timeline of those representations has not yet been confirmed.

      The parties have conferred and request permission to update the Court by joint letter on or before January 6, 2021. Counsel for Pham has consented to the exclusion of time under the Speedy Trial Act through January 6, 2021, to allow time for the United Kingdom to consider the Government's request for an exception to the rule of specialty and any related submissions.

> The request to file a further status update is GRANTED. Time is excluded under the Speedy Trial Act from today's date until January 6, 2021, as such time is necessary to allow the United Kingdom to consider the Government's request for an exception to the rule of specialty and any related submissions. SO ORDERED.
>
> *[signature: Alison J. Nathan]*
> 12/2/2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By:         /S/
     Anna M. Skotko / David W. Denton, Jr.
     Assistant United States Attorneys
     (212) 637-1591/2744

Cc: Defense Counsel (via ECF)