

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2021

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re: *United States v. Minh Quang Pham*
      12 Cr. 423 (AJN)**

Dear Judge Nathan:

  The parties jointly write regarding the status of the Government's request to the United Kingdom for an exception to the rule of specialty. The United Kingdom has not yet acted on the Government's request. The Government has inquired about an estimated timing, but has not yet received a response.

  The parties have conferred and request permission to update the Court by joint letter on or before March 5, 2021. Counsel for Pham has consented to the exclusion of time under the Speedy Trial Act through March 5, 2021, to allow time for the United Kingdom to consider the Government's request for an exception to the rule of specialty and any related submissions.

            Respectfully submitted,

            AUDREY STRAUSS
            Acting United States Attorney
            Southern District of New York

         By: _____/S/_____
           Anna M. Skotko / David W. Denton, Jr.
           Assistant United States Attorneys
           (212) 637-1591/2744

Cc: Defense Counsel (via ECF)