

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2021

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Minh Quang Pham*
              12 Cr. 423 (AJN)

Dear Judge Nathan:

      The parties jointly write regarding the status of this case. The Government's request to the United Kingdom for an exception to the rule of specialty was granted by letter to the U.S. Embassy in London dated January 12, 2021. The Counter Terrorism Section of the Department of Justice approved the proposed charges and Superseding Indictment on March 3, 2021, and the Government will move expeditiously to present the Superseding Indictment to a grand jury as soon as possible.

      The parties have conferred and request permission to update the Court by joint letter on or before April 9, 2021. The Government will notify the Court and counsel for Pham if a Superseding Indictment is returned before that date. Counsel for Pham has consented to the exclusion of time under the Speedy Trial Act through April 9, 2021.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney
      Southern District of New York

      By: _____/S/_____
           Anna M. Skotko / David W. Denton, Jr.
           Assistant United States Attorneys
           (212) 637-1591/2744

Cc: Defense Counsel (via ECF)