

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021
```

March 5, 2021

Via ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Minh Quang Pham*
             12 Cr. 423 (AJN)

Dear Judge Nathan:

      The parties jointly write regarding the status of this case. The Government's request to the United Kingdom for an exception to the rule of specialty was granted by letter to the U.S. Embassy in London dated January 12, 2021. The Counter Terrorism Section of the Department of Justice approved the proposed charges and Superseding Indictment on March 3, 2021, and the Government will move expeditiously to present the Superseding Indictment to a grand jury as soon as possible.

      The parties have conferred and request permission to update the Court by joint letter on or before April 9, 2021. The Government will notify the Court and counsel for Pham if a Superseding Indictment is returned before that date. Counsel for Pham has consented to the exclusion of time under the Speedy Trial Act through April 9, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____/S/_____
     Anna M. Skotko / David W. Denton, Jr.
     Assistant United States Attorneys
     (212) 637-1591/2744

---

> The parties shall provide a further status report by by April 9, 2021, and should inform the Court if a superseding indictment is returned before that date. Time is excluded under the Speedy Trial Act from March 5, 2021, though April 9, 2021, to allow time for the Government to present the superseding indictment to a grand jury.
> SO ORDERED.
>
> *[signature]*  3/5/2021
> SO ORDERED.
> ALISON J. NATHAN, U.S.D.J.