

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2021

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Minh Quang Pham*
              **S1 12 Cr. 423 (AJN)**

Dear Judge Nathan:

    The parties jointly write regarding the status of this case.

    The attached Superseding Indictment was returned by the grand jury yesterday. The parties respectfully request that the Court schedule a date for the defendant to be arraigned on charges. Counsel for Pham has indicated that Pham has agreed to have the arraignment conducted via video conference and has consented to the exclusion of time under the Speedy Trial Act through the date of the arraignment.

                                     Respectfully submitted,

                                     AUDREY STRAUSS
                                   United States Attorney
                                   Southern District of New York

                       By:      <u>   /S/   </u>
                            Anna M. Skotko / David W. Denton, Jr.
                            Assistant United States Attorneys
                            (212) 637-1591/2744

Cc: Defense Counsel (via email & ECF)