```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Minh Quang Pham,

Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An arraignment on the superseding indictment is hereby scheduled for April 27, 2021, at 3:00 p.m., to proceed by videoconference. The Court will issue a scheduling order with instructions for accessing the proceeding for the parties and members of the public closer to the date of the arraignment. Pursuant to the parties' joint request, time is excluded under the Speedy Trial Act from April 12, 2021, through April 27, 2021, to allow time for scheduling and preparation for the arraignment.

    SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge