# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-306-6666 • Cell
888-587-4737 • Fax

33 West 19th Street - 4th Floor
New York, New York 10011
bc@sternheimlaw.com

April 29, 2021

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Minh Quang Pham*
S1 12 Cr. 423 (AJN)

Dear Judge Nathan:

    I am appointed pursuant to the Criminal Justice Act as lead counsel for Minh Quang Pham in the above-referenced case. Pursuant to the Criminal Justice Act, I make this application for appointment of Joshua Dratel, Esq. as co-counsel for Mr. Pham.

    Mr. Dratel is a long-standing member of the District's CJA Panel, experienced in litigation of offenses related to terrorism, and has active security clearance.

    Please contact me with any questions. Your consideration is greatly appreciated.

Very truly yours,

*Bobbi C. Sternheim*
BOBBI C. STERNHEIM