# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-912-9698 • Cell
888-587-4737 • Fax

225 Broadway, Suite 715
New York, NY 10007
bcsternheim@mac.com

August 6, 2021

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Minh Quang Pham*
12 Cr. 423 (AJN)

Dear Judge Nathan:

I write to request a two-week enlargement of time to file defense motions and corresponding adjustment of the previously set schedule.  Additional time is needed to review discovery and confer with Mr. Pham.

1. The original filing dates:

    - Defense Motions due by August 13th
    - Government Response due by September 24th.
    - Defense Reply due by September October 1st

2. No previous request has been made.

3. The government consents.

4. There is no date for next appearance before the Court.

5. Currently, time has been excluded until August 13th.  The defense consents to exclusion of time until August 27th.

6. The proposed filing dates:

    - Defense Motions due by August 27th
    - Government Response due by October 8th.
    - Defense Reply due by September October 15th

Your consideration is greatly appreciated.

Very truly yours,

/s/
BOBBI C. STERNHEIM

cc: Government Counsel