

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
UNITED STATES OF AMERICA

   -against-                               **ORDER**

MINH QUANG PHAM,                 12 Cr. 423 (AJN)

         Defendant.
--------------------------------------------------x

     The Court excluded time under the Speedy Trial Act through August 27, 2021, the date for filing of defense motions. The defense has moved for a three-day enlargement of time to file motions and consents to exclusion of Speedy Trial time through August 30, 2021.

     IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from August 27, 2021 through August 30, 2021 to allow time for defense counsel to finalize and file motions.

     IT IS FURTHER ORDERED that Defense Motions are due August 30, 2021; the Government's Response is due September 27, 2021; and the Defense's Reply is due October 4, 2021.

Dated: August 27, 2021

                                                  SO ORDERED.

                                         _____
                                         HONORABLE ALISON J. NATHAN