UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA     :

    - against -     :

                                            :

MINH QUANG PHAM,

                                            :

                Defendant.
-------------------------------------------------------X

12 Cr. 423 (AJN)

**NOTICE OF MOTION TO DISMISS COUNTS 5-9, AND FOR PRODUCTION AND IDENTIFICATION OF EXCULPATORY MATERIAL**

      **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Bobbi C. Sternheim, Esq., and all prior papers and proceedings herein, the defendant, MINH QUANG PHAM, will move before the Honorable Alison J. Nathan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Centre Street, New York, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for the dismissal of Counts Five, Six, Seven, Eight, and Nine, of the Superseding Indictment (S-1) and for the production and identification of exculpatory material and information, as set forth in the accompanying Memorandum of Law, and for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
           August 30, 2021

                                           /s/ Joshua L. Dratel
                                        JOSHUA L. DRATEL
                                        DRATEL & LEWIS
                                        29 Broadway, Suite 1412
                                        New York, New York 10006
                                        (212) 732-0707
                                        jdratel@dratellewis.com

      /s/ Bobbi C. Sternheim
BOBBI C. STERNHEIM
LAW OFFICES OF BOBBI C. STERNHEIM
225 Broadway, Suite 715
New York, New York 10007
(212) 243-1100
bcsternheim@mac.com

*Attorneys for Defendant Minh Quang Pham*

To:   CLERK OF THE COURT

      UNITED STATES ATTORNEY
      SOUTHERN DISTRICT OF NEW YORK