

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

September 13, 2021

**BY CM/ECF**

Honorable Judge Alison J. Nathan
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Pham**
              **12 Cr. 423 (AJN)**

Dear Judge Nathan,

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in this case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney
    Southern District of New York

    /s/ Anna Skotko
    Anna M. Skotko
    Assistant U.S. Attorney
    (212) 637-1591