```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Pham,

Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government's response to Defendant's motion to dismiss dated August 30, 2021, was due by September 27, 2021.  Dkt. No. 215.  The Court is not in receipt of the Government's response.  The Government shall file a response by October 1, 2021.

SO ORDERED.

Dated: September 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge