

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2021

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Minh Quang Pham*
             S1 12 Cr. 423 (AJN)

Dear Judge Nathan:

      The Government respectfully writes with the consent of defense counsel to request that the Court reset the previously-scheduled dates for the Government's response to the defendant's pretrial motions to October 8, 2021, and the defendant's reply to October 15, 2021. As originally proposed by the parties and adopted by the Court, the defendant's motions were due on August 13, 2021, the Government's response on September 24, 2021, and the defendant's reply on October 1, 2021. (Dkt. 209). The Government consented to a two-week adjournment to that schedule, and on August 9, 2021, the Court set new deadlines for the parties' submissions of August 27, October 8, and October 15, 2021. (Dkt. 211). The Government subsequently consented to a further three-day adjournment for the defendant's initial submission to August 30, 2021. (Dkt. 214, 215). Although the date for the initial motions filing was adjourned by that brief period, the proposed deadlines for the Government's response and the defendant's reply were inadvertently advanced, rather than adjourned.

      Accordingly, the Government respectfully requests, with the consent of defense counsel, that the Court re-adopt the deadlines of October 8, 2021, for the Government's response to the defendant's pretrial motions and October 15, 2021, for the defendant's reply, as previously set in the Court's memo endorsement of August 9, 2021 (Dkt. 211).

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney
      Southern District of New York

      By: _____/S/_____
            David W. Denton, Jr.
            Assistant United States Attorney
            (212) 637-2744

Cc: Defense Counsel (via email & ECF)