UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MINH QUANG PHAM, ) <br> ) <br> Defendant. ) <br> _____ ) | ECF CASE <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** <br><br> 12 Cr. 423 (AJN) |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by:  /s/ Jacob H. Gutwillig
     Jacob H. Gutwillig
     Assistant United States Attorney
     (212) 637-2215
     Jacob.gutwillig@usdoj.gov