```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Minh Quang Pham,

               Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Defendant Pham's motion to dismiss. Dkt. No. 216. The Court hereby schedules oral argument on the statute-of-limitations issue raised in Mr. Pham's motion. Oral argument shall take place on Friday, February 25, 2022, at 11:00 a.m. The parties are ORDERED to meet and confer and submit a letter by February 15, 2022, indicating whether they request that oral argument proceed in person or by telephone.

    SO ORDERED.

Dated: February 9, 2022
       New York, New York

                                          _____
                                            ALISON J. NATHAN
                                            United States District Judge