

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2022

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Minh Quang Pham*
              **S1 12 Cr. 423 (AJN)**

Dear Judge Nathan:

      The parties write jointly pursuant to the Court's order, dated February 9, 2022 (D.E. 235) regarding oral argument on the defendant's motion to dismiss, scheduled for February 25, 2022 at 11:00 a.m. The parties have conferred, and respectfully request that the oral argument proceed remotely by videoconference. The Government has consulted with the Bureau of Prisons facility where the defendant is currently housed, which has confirmed that the defendant will be able to attend remotely using the same methods previously employed for his remote appearance in other conferences in this case.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney
                                        Southern District of New York

                       By:      /S/
                             David W. Denton, Jr. / Jacob H. Gutwillig
                             Assistant United States Attorneys
                             (212) 637-2744/2215

Cc: Defense Counsel (via ECF)