```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Minh Quang Pham,

              Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' joint request that the oral argument scheduled for February 25, 2022, at 11:00 a.m. proceed by video teleconference, "using the same methods previously employed," Dkt. No. 236, which would be Cisco Webex, Dkt. Nos. 193, 205.

    Therefore, the Court will conduct the oral argument scheduled for February 25, 2022, at 11:00 a.m. by videoconference via the Cisco Webex platform. The Government is ORDERED to provide to the Court by February 22, 2022, the information needed for the parties, and for members of the public, to access the proceeding.

    SO ORDERED.

Dated: February 16, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge