UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/22/22__

United States of America,

—v—

Minh Quang Pham,

                              Defendant.

12-cr-423 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The Court will conduct an oral argument on the statute-of-limitations issue in Mr. Pham's

motion to dismiss the indictment on February 25, 2022, at 11:00 a.m., via the Cisco Webex

platform.  Dkt. Nos. 235, 237.  Members of the public may access audio of the proceeding by

dialing (929) 251-9612 or (415) 527-5035 and using meeting number 2762 538 0151 and

meeting password pyHWQwki629.  Any members of the public accessing the proceeding should

promptly mute their audio.  All those accessing the proceeding—whether in listen-only mode or

otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.



        SO ORDERED.


Dated: February 22, 2022
        New York, New York

                                        _____
                                              ALISON J. NATHAN
                                            United States District Judge