UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                12 CR. 423 (RMB)

  -against-

**ORDER**

MINH QUANG PHAM,
                Defendant.
------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Monday, June 27, 2022 at 11:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0423

Dated: June 23, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.