**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      12 CR. 423 (RMB)

  -against-

                                                      **ORDER**

MINH QUANG PHAM,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, October 6, 2022 at 11:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information at access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 422 714 614#

Dated: September 28, 2022
       New York, NY

                                                     _____
                                                        RICHARD M. BERMAN
                                                              U.S.D.J.