UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

MINH QUANG PHAM,
                Defendant.
------------------------------------------------------------X

12 CR. 423 (RMB)

**ORDER**

The conference previously scheduled for Thursday, November 17, 2022 at 11:00 AM is hereby rescheduled to Wednesday, November 30, 2022 at 12:00 PM.

The proceeding is being held by video.

Members of the public and the press can use the following dial-in information at access the audio of the proceeding:

    Dial-in Number: (646) 828-7666
    Conference ID: 161 829 4877#

Dated: November 16, 2022
       New York, NY

                                                       RICHARD M. BERMAN
                                                             U.S.D.J.