LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL  
LINDSAY A. LEWIS                                                          FATOUMATA MAGASSA  
—                                                                                         *Paralegal*  
AMY E. GREER  

October 25, 2021

**BY ECF**

The Honorable Alison J. Nathan  
United States District Judge  
Southern District of New York  
Daniel P. Moynihan United States Courthouse  
500 Pearl Street  
New York, New York 10007  

                        Re:    <u>*United States v. Pham*,</u>  
                                  <u>12 Cr. 423 (AJN)</u>

Dear Judge Nathan:

       This letter is submitted on behalf of defendant Minh Quang Pham, whom Bobbi C. Sternheim, Esq., and I represent in the above-entitled matter. Currently Mr. Pham's Reply to the government's opposition to his pretrial motions is due today, October 25, 2021. However, for the reasons set forth below, it is respectfully requested that the due date for Mr. Pham's Reply be extended until Wednesday, October 27, 2021. I have contacted the government but have not yet heard back with respect to its position (but did receive an automated response from Assistant United States Attorney David W. Denton, Jr., that he is traveling and will not have regular access to email or voicemail).

       Unfortunately, my office suffered a power failure this past weekend due to a faulty circuit in the internet connection to my suite. As a result, we were unable to gain access to certain electronic files that are essential to the reply, *i.e.*, even drafts and research memoranda, until midday yesterday. It also essentially precluded any collaborative work on the Reply.

       I went to the office yesterday to attempt to rectify the situation, but (upon phone consultation with an IT consultant and a representative of the internet provider), was unable to reconnect the internet portal. That was accomplished late morning today after a visit from a technician who discovered the problem in the building's basement.

| | |
|---|---|
| LAW OFFICES OF<br>**DRATEL & LEWIS** | Hon. Alison J. Nathan<br>United States District Judge<br>Southern District of New York<br>October 25, 2021<br>Page 2 of 2 |

  That interruption has obviously set us back on preparation of the Reply.  Also, tomorrow morning I will be at the Metropolitan Detention Center ("MDC") for a Pre-Sentence Report interview that has been postponed twice due to issues at MDC.  Given the uncertainties involved in the time required for MDC visits, it is respectfully requested that the due date for Mr. Pham's Reply be extended until Wednesday, October 27, 2021.  Although I have not yet heard from the government, it is respectfully submitted that it will not suffer any prejudice, as there is not presently any court date set for argument on the motions or any other proceeding in the case (and, of course, Mr. Pham remains detained).

                Respectfully submitted,

                Joshua L. Dratel

JLD/