LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL  
LINDSAY A. LEWIS                                                 FATOUMATA MAGASSA  
—                                                                                 *Paralegal*  
AMY E. GREER

December 9, 2022

**<u>BY ECF</u>**

The Honorable Richard M. Berman  
United States District Judge  
Southern District of New York  
Daniel P. Moynihan United States Courthouse  
500 Pearl Street  
New York, New York 10007

                       Re:    *United States v. Pham*,  
                                 <u>12 Cr. 423 (RMB)</u>

Dear Judge Berman:

       This letter is submitted on behalf of defendant Minh Quang Pham, whom Bobbi C. Sternheim, Esq., and I represent in the above-entitled matter, and apprises the Court of the status of Mr. Pham's request for a remote plea proceeding. Ms. Sternheim and I have spoken with Mr. Pham, and he is sending us documents that we believe are pertinent to the application. We are awaiting receipt of those documents. Once they are received, we will make the application. As the proceeding has been scheduled for March 14, 2023 (at 11 a.m.), it is respectfully submitted that the brief delay in making the application will not affect the ability to proceed in March as planned by whatever means the Court approves.

                                                             Respectfully submitted,

                                                             Joshua L. Dratel

JLD/