UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,            :      12 CR. 423 (RMB)
                                           :
         - against -                       :      **ORDER**
                                           :
MINH QUANG PHAM,                           :
                    Defendant.             :
---------------------------------------------------------------x

The status conference is scheduled for Tuesday, March 14, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 828-7666
  Conference ID: 1601079548#

Dated: March 9, 2023
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                              **U.S.D.J.**