# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-912-9698 • Cell  
888-587-4737 • Fax

225 Broadway, Suite 715  
New York, NY 10007  
bcsternheim@mac.com

March 13, 2023

Honorable Richard M. Berman  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Minh Quang Pham*  
12 Cr. 423 (RMB)

Dear Judge Berman:

    The parties jointly request adjournment of the video conference calendared for March 14, 2023.

    The government is in the process of reviewing defense proposals in connection with the issues discussed with the Court during the March 7 teleconference. The parties will promptly update the Court concerning the status of those issues, which will determine how the change of plea proceeding will proceed, and will submit proposed dates for that proceeding.

    Please contact us with any questions.

Very truly yours,

*Bobbi C. Sternheim*  
BOBBI C. STERNHEIM

cc: All counsel of record