# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main  
917-912-9698 • Cell  
888-587-4737 • Fax

225 Broadway, Suite 715  
New York, NY 10007  
bcsternheim@mac.com

April 13, 2023

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 4/18/23

Honorable Richard M. Berman  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: *United States v. Minh Quang Pham*  
12 Cr. 423 (RMB)

Dear Judge Berman:

The parties jointly request that the remote guilty plea proceeding be scheduled for either May 11 or May 12, if convenient for the Court. Bobbi C. Sternheim, Esq. will be physically present with Mr. Pham at ADX-Florence during the proceeding.

Due to a two-hour time difference between New York (EDT) and Colorado (MT), we request that the proceeding be scheduled for late morning or early afternoon New York time.

Your consideration is greatly appreciated.

Very truly yours,

/s/  
BOBBI C. STERNHEIM

cc: All counsel of record

Guilty plea is scheduled for May 11, 2023 at 12:00 noon.

SO ORDERED:  
Date: 4/18/23  
Richard M. Berman  
Richard M. Berman, U.S.D.J.