**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                       :
                      Government,            :        12 CR. 423 (RMB)
                                                                       :
        - against -                           :        **ORDER**
                                                                       :
MINH QUANG PHAM,                             :
                                                                       :
                      Defendant.              :
-------------------------------------------------------------x

The plea is scheduled for Thursday, May 11, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 828-7666
    Conference ID: 1601079548#

Dated: May 3, 2023
       New York, NY

                                                  *Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                   U.S.D.J.