# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-912-9698 • Cell
888-587-4737 • Fax

225 Broadway, Suite 715
New York, NY 10007
bcsternheim@mac.com

September 5, 2023

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Minh Quang Pham*
12 Cr. 423 (RMB)

Dear Judge Berman:

With the consent of the government, I write to request adjournment of the sentencing proceeding calendared for September 20, 2023.  No previous request has been made.

Similar to the plea proceeding, one of Mr. Pham's counsel will need to travel to Colorado to be present with Mr. Pham during the sentencing proceeding. The defense makes this request due to professional conflicts and a personal medical situation.

The parties have discussed a proposed adjourn date and request the week of December 11, 2023, if convenient to the Court.

Please contact me with any questions.  Your consideration is greatly appreciated.

Very truly yours,

/s/
BOBBI C. STERNHEIM

cc: Government counsel