# LAW OFFICES OF BOBBI C. STERNHEIM

212-243-1100 • Main
917-912-9698 • Cell
888-587-4737 • Fax

225 Broadway, Suite 715
New York, NY 10007
bcsternheim@mac.com

November 27, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/23

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Minh Quang Pham*
12 Cr. 423 (RMB)

Dear Judge Berman:

With the consent of the government, I write to request adjournment of the sentencing proceeding calendared for December 12, 2023.  A previous request has been granted.

Similar to the plea proceeding, I will need to travel to Colorado to be present with Mr. Pham at ADMAX-Florence during the sentencing proceeding. The defense makes this request due to a family medical situation preventing my travel at that time .

The parties have discussed a proposed adjourn date of January 17, 2024 at noon (NY) (10:00 am Colorado), which I am told is convenient for the Court.  I will confer with the government regarding arrangements for the remote proceeding.

Please contact me with any questions.  Your consideration is greatly appreciated. Best wishes for the holiday season.

Very truly yours,

/s/
BOBBI C. STERNHEIM

cc: Government counsel

Sentence is adjourned to 1/17/24 at 12:00 pm.  Defense submission is due 1/2/24. Government submission is due 1/9/24.

SO ORDERED:
Date: 11/27/23

Richard M. Berman
Richard M. Berman, U.S.D.J.