**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                    Government,   :      12 Cr 423 (RMB)
                                            :
    - against -                          :      **ORDER**
                                            :
MINH QUANG PHAM,                            :
                    Defendant.    :
-------------------------------------------------------------x

Sentence in this matter is scheduled for December 12, 2023. The Defense shall file its sentence submission by November 27, 2023. The Government shall file its sentence submission by December 4, 2023.

Dated: New York, New York
         November 15, 2023

                                              *[signature]*
                                      **RICHARD M. BERMAN**
                                           U.S.D.J.