

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2024

By ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Minh Quang Pham,**
      S1 12 Cr. 423 (RMB)

Dear Judge Berman:

   The Government writes respectfully in connection with the sentencing of defendant Minh Quang Pham, which is currently scheduled for March 13, 2024 at 1:00 p.m. The undersigned has been preparing for a trial before Judge Castel previously scheduled to begin February 5, 2024, which since has been adjourned to February 20, 2024, and which is expected to last approximately two to three weeks. As a result, and with the consent of defense counsel, the Government respectfully requests that sentencing in this matter be adjourned to May 15, 2024, a date on which the parties understand the Court is available. The parties also respectfully request a corresponding adjournment of the deadlines for the parties' respective sentencing submissions, to April 30, 2024 for the defense and May 7, 2024 for the Government.

               Respectfully submitted,

               DAMIAN WILLIAMS
               United States Attorney
               Southern District of New York

          By: /s/
            Jacob H. Gutwillig
            Assistant United States Attorney
            (212) 637-2215

Cc: Defense Counsel (ECF)