LAW OFFICES OF
## DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                                                             ACHARA AMY SCHRODER
—                                                                                                                                   *Paralegal*
AMY E. GREER

August 6, 2024

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Pham*,
         12 Cr. 423 (RMB)

Dear Judge Berman:

  This letter is respectfully submitted on behalf of defendant Minh Quang Pham, whom Bobbi C. Sternheim, Esq., and I represent in the above-entitled matter, and respectfully requests an adjournment of Mr. Pham's sentencing from next Wednesday, August 13, 2024, until late November 2024. I have been in contact with Assistant United States Attorney Jacob H. Gutwillig, and he has informed me the government does not object to the adjournment, and takes no position with respect to the length of the adjournment.

  The reason for the length of the requested adjournment is, in part, due to an anticipated three-to-four week trial in which I am defense counsel that is scheduled to begin October 21, 2024 [*United States v. Zeitlin*, 23 Cr. 419 (LAK)].

  Also, for scheduling purposes, defense counsel are not available December 3, 2024, through December 13, 2024, and from December 18, 2024, through December 20, 2024. The government prefers the sentencing not be scheduled during the week of Thanksgiving, which begins Monday, November 25, 2024.

LAW OFFICES OF
**DRATEL & LEWIS**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
August 6, 2024
Page 2 of 2

  Accordingly, it is respectfully requested that Mr. Pham's sentencing be adjourned until late November 2024.  As noted above, the government does not object to the application for an adjournment, and takes no position with respect to the length of the adjournment.

                Respectfully submitted,

                Joshua L. Dratel

                Bobbi C. Sternheim