**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                            :
                                                      :
                Government,     :     12 CR. 423 (RMB)
                                                      :
       - against -                                :     **ORDER**
                                                      :
MINH QUANG PHAM,                                      :
                Defendant.      :
---------------------------------------------------------------x

The sentencing is scheduled for Tuesday, December 17, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 828-7666
    Conference ID: 160 107 9548#

Dated: December 11, 2024
       New York, NY

                                              **RICHARD M. BERMAN**
                                                     U.S.D.J.