UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Government,

                    - against -

MINH QUANG PHAM,

                    Defendant.
------------------------------------------------------------x

12 Cr 423 (RMB)

**ORDER**

The sentence in this matter is scheduled for February 4, 2025 at 12:00 noon.

The sentence will proceed in accordance with the procedures set forth in Defense letter dated March 31, 2023 [#263].

Dated: New York, New York
        January 8, 2025

                                                _____
                                                    RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/25