**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,    :       12 CR. 423 (RMB)
                                             :
          - against -                        :       **<u>ORDER</u>**
                                             :
MINH QUANG PHAM,                             :
                                             :
                    Defendant.     :
------------------------------------------------------------x

       The sentencing is scheduled for Tuesday, February 4, 2025 at 12:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.
https://us06web.zoom.us/j/82097999493?pwd=Xt2SJIBrCjH4oQaQeMLjl5Jh9Sa9XV.1

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial in #:1 646 558 8656
    Meeting ID: 820 9799 9493
    Passcode: 485581

Dated: January 29, 2025
       New York, NY

                                                 _Richard M. Berman_
                                         **RICHARD M. BERMAN**
                                                 **U.S.D.J.**